USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                      Plaintiff,

-against-

WHITMORE FAMILY ENTERPRISES, LLC,

                      Defendant.
---------------------------------------------------------------- X

20-CV-8922 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 22, 2021, the Court entered a case management plan in this matter, Dkt. 14;

    WHEREAS on March 22, 2021, the Court further ordered Defense counsel to file a notice of appearance by March 24, 2021, Dkt. 13; and

    WHEREAS Defense counsel did not file a notice of appearance by the deadline and has not filed an appearance to date;

    IT IS HEREBY ORDERED that Defendant must answer, move, or otherwise respond to the Complaint by no later than **Friday, April 23, 2021**.

    IT IS FURTHER ORDERED that Defense counsel must file a notice of appearance by no later than **Friday, April 23, 2021.**

**SO ORDERED.**

**Date: April 13, 2021**
     **New York, New York**

                                                      **VALERIE CAPRONI**
                                                  **United States District Judge**