USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                           Plaintiff,

-against-

WHITMORE FAMILY ENTERPRISES, LLC,

                           Defendant.
-------------------------------------------------------------- X

20-CV-8922 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 22, 2021, the Court entered a case management plan in this matter, Dkt. 14;

      WHEREAS on March 22, 2021, the Court ordered Defense counsel to file a notice of appearance by March 24, 2021, Dkt. 13; and

      WHEREAS Defense counsel did not file a notice of appearance by the deadline;

      WHEREAS on April 13, 2021, the Court again ordered Defense counsel to file a notice of appearance, this time by April 23, 2021, Dkt. 15;

      WHEREAS Defense counsel again did not file a notice of appearance by the deadline and has not filed an appearance to date;

      WHEREAS on April 13, 2021, the Court ordered Defendant to answer, move, or otherwise respond to the Complaint by no later than Friday, April 23, 2021, Dkt. 15; and

      WHEREAS Defendant did not comply this deadline and has not answered the Complaint or appeared in this action to date;

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **Friday, May 7, 2021.**

IT IS FURTHER ORDERED that, not later than **Thursday, April 29, 2021**, Plaintiff's lawyer must serve this order on Edward V. Colbert and shall file proof of doing so on ECF not later than **Monday, May 3, 2021.**

IT IS FURTHER ORDERED that, not later than **Friday, May 7, 2021**, Mr. Colbert shall show cause why he should not be sanctioned for failure to abide by this Court's orders dated March 22 and April 13, 2021.  *See* Orders, Dkts. 13, 15.

**SO ORDERED.**

Date:  April 26, 2021
New York, New York

_____
VALERIE CAPRONI
United States District Judge