USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DILENIA PAGUADA, on behalf of herself and all :
others similarly situated, :
                                                            :
                            Plaintiff, :
                -against- :
                                      :
WHITMORE FAMILY ENTERPRISES, LLC, :
                                          :
                            Defendant. :
------------------------------------------------------------X

20-CV-8922 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 29, 2021, Plaintiff informed the Court that the parties had reached a settlement in principle, Dkt. 17;

WHEREAS on April 30, 2021, the Court ordered that the case will be dismissed with prejudice on May 14, 2021 unless the parties showed good cause to keep the case open, Dkt. 18;

WHEREAS on May 3, 2021, Plaintiff requested the Court to adjourn the May 14, 2021 deadline to give the parties more time to finalize the settlement agreement, Dkt. 19;

WHEREAS on May 4, 2021, the Court denied the request, finding that failure to finalize or consummate a settlement agreement does not constitute good cause, Dkt. 20; and

WHEREAS the May 14, 2021 deadline has passed and neither party has moved to adjourn that deadline for good cause;

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

The Clerk of Court is respectfully directed to cancel all deadlines, terminate all open motions, and close this case.

SO ORDERED.

Date:  May 25, 2021
        New York, New York

                                    **VALERIE CAPRONI**
                                    **United States District Judge**